☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
*WESTERN DISTRICT OF TENNESSEE*

In re: *Marsha Currie*　　　　　　　　　　　　　　　　　　Case No.

Debtors:　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

## CHAPTER 13 PLAN

**ADDRESS:** (1) *43 Leafwood Cove*　　　　　　(2)
*Jackson, TN 38305*

**PLAN PAYMENT:**
  Debtor(1) shall pay $ *2,194.00 Monthly via Direct Pay*

**1. THIS PLAN [Rule 3015.1 Notice]:**
  (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]　　☐ YES　☑ NO
  (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION　☑ YES　☐ NO
     OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
  (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].　　☐ YES　☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**　　　　　　　　　　　　　　　　　　　　　Monthly Plan Payment:
  Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
*None*　　ongoing payment begins _____　　　　　　　$ _____
  Approximate arrearage: _____

**5. PRIORITY CLAIMS:**
*-NONE-*　　　　　　　　　　　　Amount _____　　　　　$ _____

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:
*FCI Lender Services, Inc.*　ongoing payment begins　*September 2020*　　$*217.00*
　　　　　　　　　　　　　　Approximate arrearage: *868.00*　Interest *0.00*　$*15.00*
*Wells Fargo Home Mortgage*　ongoing payment begins　*September 2020*　　$*681.00*
　　　　　　　　　　　　　　Approximate arrearage: *2,800.00* Interest *0.00*　$*47.00*

**7. SECURED CLAIMS:**
[Retain lien 11 U.S.C. §1325 (a)(5)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *First Franklin Financial* | *1,200.00* | *6.00* | $*26.00* |
| *Mariner Finance* | *4,000.00* | *6.00* | $*80.00* |
| *Republic Finance, LLC* | *6,000.00* | *8.00* | $*125.00* |

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**
[Retain lien 11 U.S.C. §1325 (a)]

| | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *Ally Financial*<br>*Adequate Protection Payment: $61.00* | *12,000.00* | *7.00* | $*241.00* |
| *Ally Financial-protect co-signer*<br>*Adequate Protection Payment: $104.00* | *19,000.00* | *10.79* | $*414.00* |

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**
*-NONE-*　　　　　　　　　　　　Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

| | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| *-NONE-* | | | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

*US Department of Education. Debt will survive discharge.*   *$23,000.00*   Monthly Plan Payment: *$140.00*

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**
*-NONE-*

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** *$49,856.00*

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**
☐ _____ %, OR,
☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**
*None*    ☐ Assumes **OR** ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately *60* months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**   NONE

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ Alissa York Gay*                                      Date *May 28, 2020*                        .
*Alissa York Gay 024812*
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**          /al