# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TENNESSEE
# JACKSON DIVISION

| | |
|---|---|
| In Re: | Case No. 20-10830 |
| Marsha Currie<br>  *aka* Marsha Renea Currie<br>  *aka* Marsha R. Currie | Chapter 13 |
| Debtor. | Judge Jimmy L Croom |

**REQUEST FOR SERVICE OF NOTICES PURSUANT TO FED.R.BANKR.P. 2002(g)**

      Please take notice that D. Anthony Sottile, as authorized agent for Partners for Payment Relief DE II, LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure and §§102(1), 342 and 1109(b) of title 11 of the United States Code, and 11 U.S.C. §§ 101, et seq., that all notices given or required to be given and all papers served or required to be served in this case also be given to and served, whether electronically or others on:

    D. Anthony Sottile
    Authorized Agent for Partners for Payment Relief DE II, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com

| | |
|---|---|
| Dated: August 5, 2020 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile<br>Authorized Agent for Creditor<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140<br>Phone: 513.444.4100<br>Email: bankruptcy@sottileandbarile.com |

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2020, a copy of the foregoing Request for Service of Notices was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Alissa Gay, Debtor's Counsel
    alissagay@tennesseefirm.com

    Timothy H. Ivy, Chapter 13 Trustee
    ecf_summ@ch13jax.com

    Office of the United States Trustee
    ustpregion08.me.ecf@usdoj.gov

I further certify that on August 5, 2020, a copy of the foregoing Request for Service of Notices was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Marsha Currie, Debtor
    43 Leafwood Cove
    Jackson, TN 38305

                                              /s/ D. Anthony Sottile
                                              D. Anthony Sottile
                                              Authorized Agent for Creditor
                                              Sottile & Barile, LLC
                                              394 Wards Corner Road, Suite 180
                                              Loveland, OH 45140
                                              Phone: 513.444.4100
                                              Email: bankruptcy@sottileandbarile.com